UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RAYMOND BROWN,

                Plaintiff,

-against-

DENNIS BRESLIN, et al.,

                Defendants,
--------------------------------------------------------X

**ORDER**
**02 CV 2872(NGG)**

GARAUFIS, U.S.D.J.

By letter dated August 30, 2004, plaintiff notified the Court of his change of address stating he would be housed at Fishkill Correctional Facility "for the next 60 days until I am released." The Department of Correctional Services Inmate Information website reflects that plaintiff was released from incarceration on September 2, 2004.[1] Because plaintiff had not contacted the Court since August 2004 or provided the Court with a forwarding address, I ordered plaintiff to contact the Court by October 6, 2006 with a new address or I would order that this case be dismissed as abandoned under Fed. R. Civ. P. 41(b).

Plaintiff was explicitly warned by the Court's September 7, 2006 order that I would dismiss this action should plaintiff fail to contact the Court. Plaintiff has not responded despite being given notice of the consequences of his inaction. It is not an efficient use of the Court's or defendants' resources to permit this case to languish on the docket in the hope that plaintiff will reappear in the future. The Clerk of the Court is hereby ordered to close this case.

---

[1] http://nysdocslookup.docs.state.ny.us/GCA00P00/WIQ2/WINQ120

SO ORDERED:

/signed/
Nicholas G. Garaufis
United States Judge

Dated:  October 5, 2006
        Brooklyn, New York

2